UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DIANE DIGREGORIO;** <br> **JOHN HAINES;** <br><br> Plaintiff(s), <br> -against- <br><br> **COUNTY OF FRANKLIN;** <br> **FRANCES PERRY, FRANKLIN COUNTY TREASURER IN HIS OFFICIAL CAPACITY ONLY,** <br> Defendant(s). | **NOTICE OF DISMISSAL PURSUANT TO RULE 41** <br> Index No.: <br> 8:24-cv-0479 <br><br> (FJS/MJK) |

Plaintiffs Diane Digregorio and John Haines pursuant to FRCP Rule 41[a][1][a] hereby gives notice of dismissal of, and hereby dismisses with prejudice their claims in the above referenced matter. .

Respectfully submitted,

/s/ *David Giglio, Esq.*
David Giglio, Esq.

*Attorney for Plaintiff(s)*

### CERTIFICATE OF SERVICE

I certify that on this 7th day of Octrober, 2024, a copy of the foregoing *Notice of Dismissal of Party Pursuant to Rule 41* was electronically filed using the Court's electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

/s/ *David Giglio, Esq.*

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: October 9, 2024